# WOLLMUTH MAHER & DEUTSCH LLP
### 500 FIFTH AVENUE
### NEW YORK, NEW YORK 10110

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

*By ECF*
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 1106
New York, New York 10007

> Application **GRANTED**. The conference scheduled for May 18, 2022, is **ADJOURNED** to **May 25, 2022, at 4:10 p.m.** By **May 18, 2022**, the parties shall file a joint letter and proposed case management plan. (*See* Dkt. No. 5.) The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 12 and 15.
>
> Dated: May 10, 2022
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:  *Wheeler v. The Topps Company, Inc.*, Case No. 22-cv-02264

**Subject:  Joint Request of Adjournment of Initial Pretrial Conference and Extension of Deadline to File Joint Pre-Conference Letter**

Dear Judge Schofield:

We represent The Topps Company, Inc. in the above-referenced action and submit this request on behalf of all parties for a one-week adjournment of the initial pretrial conference scheduled for May 18, 2022 at 4:10 p.m. and a corresponding one-week extension of the May 11, 2022 deadline for the submission of the initial pretrial conference materials. *See* Order, dated April 6, 2022 [ECF No. 5]. The reason for the requested extension is because Plaintiff stated it will file an amended complaint today, and it would be more practical and efficient for the parties to discuss and compile the initial pretrial conference materials after the amended complaint is filed. There have been no previous requests for an adjournment of the initial pretrial conference.

Therefore, the parties respectfully request an extension until May 18, 2022 to submit the initial pretrial conference materials and an adjournment of the initial pretrial conference until May 25, 2022 or to a subsequent date on which the Court is available. We appreciate the Court's consideration of this request.

Respectfully submitted,

| | |
|---|---|
| /s/ *Paul R. DeFilippo* | /s/ *Spencer Sheehan* |
| Paul R. DeFilippo | Spencer Sheehan |
| WOLLMUTH MAHER & DEUTSCH LLP | SHEENAN & ASSOCIATES, P.C. |
| 500 Fifth Avenue, 12th Floor | 60 Cuttermill Road Ste 409 |
| New York, New York 10110 | Great Neck, New York 11021 |
| Phone: (212) 382-3300 | Phone: (516) 303-0552 |
| pdefilippo@wmd-law.com | spencer@spencersheehan.com |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |