UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BELINDA WHEELER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>THE TOPPS COMPANY, INC.,<br><br>Defendant. | Index No. 1:22-cv-02264 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 12(b)(6), and upon the concurrently filed Memorandum of Law, Defendant The Topps Company, Inc. respectfully moves this Court for an Order dismissing with prejudice Plaintiff's First Amended Class Action Complaint for failure to state a claim upon which relief can be granted, and for such other and further relief as the Court deems just, necessary, and proper.

Dated: New York, New York
      June 22, 2022

Respectfully submitted,

/s/ Paul R. DeFilippo
Paul R. DeFilippo
Ronald J. Aranoff
Ryan A. Kane
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue, 12th Floor
New York, New York 10110
Phone: (212) 382-3300
pdefilippo@wmd-law.com
raranoff@wmd-law.com
rkane@wmd-law.com

*Attorneys for The Topps Company, Inc.*