UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BELINDA WHEELER,
                            Plaintiff,

          -against-                      22 Civ. 2264 (LGS)

THE TOPPS COMPANY, INC.,                   ORDER
                           Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Civil Case Management Plan and Scheduling Order, issued on May 20, 2022, set a conference for November 23, 2022, at 4:10 p.m. to discuss any anticipated dispositive motions following the close of discovery.

      WHEREAS, on June 22, 2022, Defendant filed a motion to dismiss.  An Order issued on June 1, 2022, stayed discovery pending a decision on the anticipated motion to dismiss.  It is hereby

      **ORDERED** that the November 23, 2022, conference is **ADJOURNED** *sine die.*

Dated: November 21, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**